Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JORGE ALBERTO GARCIA,<br><br>            Defendant. | DOCKET NO. 6:14-mj-054-MJS<br><br>**STATEMENT OF WITHDRAWAL OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Jorge Alberto GARCIA, was arrested May 22, 2014, in Yosemite National Park and charged with two counts in a criminal complaint: Count 1: engage in physically threatening behavior; and Count 2: giving false information. GARCIA plead guilty July 9, 2014, to Count 1, and Count 2 was dismissed. GARCIA was sentenced to the following: pay a $500 fine at a rate of $50 a month, 12 months of unsupervised probation, obey all laws, and to report new law violations. A Review Hearing was set for June 9, 2015, at 10:00 a.m. The Government filed a Statement of Alleged Probation Violation(s) alleging GARCIA did not pay his fine. On June 5, 2015, the Yosemite Legal Office received proof that GARCIA had paid his fine in full. The Government withdraws its request for a Probation Violation in this matter.

1

Dated: August 12, 2015

By: /s/ Matthew McNease

Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**ORDER**

For the reasons set forth above, the Statement of Alleged Probation Violation(s) in DOCKET NO. 6:14-mj-054-MJS is deemed withdrawn.

IT IS SO ORDERED.

Dated:   August 12, 2015

/s/ Michael J. Seng

UNITED STATES MAGISTRATE JUDGE

2